ADOLPH H. SIMON v. CHARLES E. CHRISTIAN.[1]

December 19, 1895.

Nos. 9637—(231).

**New Trial—Discretion of Trial Court.**

> The court below granted a new trial on the ground that the verdict is not sustained by the evidence. Under the rule laid down in Hicks v. Stone, 13 Minn. 398 (434), *held,* the evidence was not manifestly and palpably in favor of the verdict, and the order appealed from should be affirmed.

Appeal by defendant from an order of the district court for Ramsey county, Otis, J., setting aside a verdict and granting a new trial. Affirmed.

*Mc Cafferty & Noyes,* for appellant.
*Stevens, O'Brien, Cole & Albrecht,* for respondent.

CANTY, J. Action of replevin for the recovery of the possession of diamonds. Verdict for defendant. A new trial was granted on plaintiff's motion on the ground that the verdict was not sustained

[1] Reported in 65 N. W. 455.

b) the evidence. We will not attempt to recite the evidence, which is very contradictory, as it would take altogether too much space to recite sufficient of it to give any adequate idea of the weight of the evidence and circumstances on one side and the other. But we have no doubt that under the rule laid down in Hicks v. Stone, 13 Minn. 398 (434), the order appealed from should be affirmed. So ordered.